# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3176EM

_____

United Fire & Casualty Company, an    *
Iowa Corporation; First Missouri    *
National Bank, a Missouri Corporation,    *
   *
        Appellants,    *    Appeal from the United States
   *    District Court for the Eastern
    v.    *    District of Missouri.
   *
Allstate Insurance Company, an    *        [UNPUBLISHED]
Illinois Corporation,    *
   *
        Appellee.    *

_____

Submitted:  February 11, 1999
Filed:  February 18, 1999

_____

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

_____

PER CURIAM.

United Fire & Casualty Company and First Missouri National Bank appeal the district court's adverse grant of summary judgment in their action contesting the cancellation of a policy of insurance issued by Allstate Insurance Company.  We review a grant of summary judgment under a well-established standard.  Because this is a diversity action, we review de novo questions of state law.  Having considered the record and the parties' briefs, we are satisfied the district court correctly applied the controlling state law and the record supports the district court's ruling.  We also

conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.